IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD MASCIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:08-cv-107-JPG-DGW |
| | ) |
| C/O PRIDDY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly after a random pick, attorney **William J. Brinkmann of the law firm Thomas, Mamer & Haughey, 30 Main Street, 5th Floor, P.O. Box 560, Champaign, Illinois, 61824-0560**, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR83.1(i).[1] Mr. Brinkman is **directed** to file his entry of appearance by **November 30, 2010**.

The Plaintiff is an inmate in the custody of the Illinois Department of Corrections at the Danville Correctional Center. Mr. Brinkmann may contact the Plaintiff there.

**IT IS SO ORDERED**.

**DATED: November 16, 2010**

*[signature]*

**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.